**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SIS, LLC,

     Plaintiff,

vs.

STONERIDGE HOLDINGS, INC.,
ERIC NEWELL, and SCOTT
BOEDIGHEIMER,

     Defendants.

CIVIL ACTION FILE NO.:
1:17-CV-01816-SDG

**ORDER ON DEFENDANT STONERIDGE HOLDINGS, INC.'S MOTION TO STAY THE JUDGMENT AND DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

The Motion of Defendant Stoneridge Holdings Inc. to stay the judgment to deposit funds into the registry of the court came before the undersigned on November 3, 2021.  The Court, being fully advised in this matter, makes the following Order:

**ORDER:**

1.    The judgment entered in favor of Plaintiff SIS, LLC against Defendant Stoneridge Holdings, Inc. shall be stayed, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, until thirty (30) days after resolution of any appeals in this matter or any post-appeal motions or submissions

to the court; and

2.    As security for such stay, Defendant Stoneridge Holdings, Inc. shall, in lieu of any bond on appeal, deposit into the registry of the court the sum of $83,299.32, with such deposit to occur on or before October 30, 2021.

SO ORDERED this 4th day of November 2021.


BY THE COURT:

_____
The Honorable Steven D. Grimberg